FILED

04/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0087

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0087

ROGER D. PETERS and
CARRIE A. PETERS,

Plaintiffs and Appellees,

v.

DOUGLAS L. HUBBARD and
NATHAN L. HUBBARD,

Defendants and Appellants.

FILED

APR 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

On April 17, 2020, Appellees Roger D. and Carri A. Peters (Peters) filed a Motion to Dismiss for Failure to File Appellant Brief. Peters assert that Appellants, Douglas L. and Nathan L. Hubbard (Hubbards) filed their Notice of Appeal on February 10, 2020. The District Court record was filed February 21, 2020, and the transcripts of hearings were filed March 13, 2020. Rule 13(1), M. R. App. P., requires Appellants to serve and file their opening brief within 30 days after the date on which the record is filed. Peters assert the record was complete on March 13, 2020, when the transcripts were filed such that Hubbards's opening brief was due Monday, April 13, 2020; Hubbards failed to file their opening brief or request extension; and thus, their appeal should be dismissed.

In response, Peters filed Appellants' Motion to Late File For Extension of Time to File Appellants' Opening Brief. Hubbards's counsel asserts that, "Due to the COVID-19 shelter in place State and Federal orders and the logistics and confusion created by office staff working remotely from home, Appellants' counsel's staff missed getting the briefing schedule calendared." Counsel further advises the parties are scheduled for mediation April 24, 2020.

Given the very unique circumstances of the COVID-19 pandemic and the understandable confusion necessarily created from transitioning office staff to immediately

work from home, we conclude Hubbards have shown good cause for extension of time to file their opening brief.

Therefore,

IT IS ORDERED that Appellees' Motion to Dismiss for Failure to File Appellant Brief is DENIED.

IT IS FURTHER ORDERED that Appellants shall have thirty days from the date of this Order within which to prepare, file, and serve their opening brief.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 23RD day of April, 2020.

Justices